**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| SANDUSKY WELLNESS CENTER, LLC, individually and as the representative of a class of similarly-situated persons,<br><br>   Plaintiff,<br><br>v.<br><br>SURPLUS DIABETICS, INC.,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No: 0:19-cv-60823-WPD<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SETTLEMENT**

Plaintiff, SANDUSKY WELLNESS CENTER, LLC, hereby gives written notice pursuant to Local Rule 16.4 to the Court that the parties have reached a settlement in this case that will resolve all of the issues raised in this dispute.

                                Respectfully submitted,

                                SANDUSKY WELLNESS CENTER, LLC,
                                individually and as the representative of a class of
                                similarly-situated persons

                                s/ Ryan M. Kelly
                                Ryan M. Kelly – FL Bar No.: 90110
                                ANDERSON + WANCA
                                3701 Algonquin Road, Suite 500
                                Rolling Meadows, IL  60008
                                Telephone: 847-368-1500
                                rkelly@andersonwanca.com
                                Email: rkelly@andersonwanca.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 13, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

                                                /s/ Ryan M. Kelly