## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SANDUSKY WELLNESS CENTER, LLC, individually and as the representative of a class of similarly-situated persons, <br><br> Plaintiff, <br><br> v. <br><br> SURPLUS DIABETICS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No: 0:19-cv-60823-WPD |

## **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff, Sandusky Wellness Center, LLC, and Defendant, Surplus Diabetics, Inc., hereby stipulate to the dismissal of this action without prejudice, each side to bear its own costs and attorney fees.

| | |
|---|---|
| /s/ *Charles Wender* <br> Charles Wender – FL Bar. 246271 <br> Attorney-at-Law , Chartered <br> 301 Crawford Blvd., Suite 208 <br> Boca Raton, FL  33421 <br> Telephone:  561-368-7004 <br> Fax: 561-368-5798 <br> wenderlaw@aol.com <br><br> *Attorneys for Defendant* | /s/ *Ryan M. Kelly* <br> Ryan M. Kelly – FL Bar. 90110 <br> ANDERSON + WANCA <br> 3701 Algonquin Road, Suite 500 <br> Rolling Meadows, IL 60008 <br> Telephone: (847) 368-1500 <br> rkelly@andersonwanca.com <br><br> *Attorneys for Plaintiff* |

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 3, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                *s/ Ryan M. Kelly*