## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SANDUSKY WELLNESS CENTER, LLC, individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiff,<br><br>v.<br><br>SURPLUS DIABETICS, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No: 0:19-cv-60823-WPD<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff, Sandusky Wellness Center, LLC, and Defendant, Surplus Diabetics, Inc., hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims, class allegations without prejudice, each side to bear its own costs and attorney fees.

/s/ *Charles Wender*
Charles Wender – FL Bar. 246271
Attorney-at-Law , Chartered
301 Crawford Blvd., Suite 208
Boca Raton, FL  33421
Telephone:  561-368-7004
Fax: 561-368-5798
wenderlaw@aol.com

*Attorneys for Defendant*

/s/ *Ryan M. Kelly*
Ryan M. Kelly – FL Bar. 90110
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Telephone: (847) 368-1500
rkelly@andersonwanca.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 15, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                      *s/ Ryan M. Kelly*